EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 410-2009-05064 |

_____ and EEOC
State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. James Bara | (678) 651-2756 | 11-11-1980 |

Street Address — City, State and ZIP Code
330 Aqueduct Court, Alpharetta, GA 30022

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| GOOGLE INC. | Unknown | |

Street Address — City, State and ZIP Code
Millennium At Midtown, 10 10th Street, Ne, Atlanta, GA 30309

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

Street Address — City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [X] SEX  [X] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 05-01-2008    Latest: 07-21-2009
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by the above named employer on October 23, 2006 and most recently worked as an Instructional Designer. Beginning in July of 2008, my supervisor, Pam Sohn, made inappropriate comments about a Transgender employee that joined our team. I informed Ms. Sohn the remarks were inappropriate and she stopped making them. Shortly thereafter, Ms. Sohn began making inappropriate comments about my religion. I again told Ms. Sohn the remarks were inappropriate but she continued making them. On March 24, 2009, I complained to Ms. Sohn's supervisor, Maggie Johnson and Human Resources Director Susan Wilson, about unfair treatment I was receiving from Ms. Sohn. On May 1, 2009, I was placed on a Performance Improvement Plan. On July 10, 2009, I complained to Ms. Johnson and Human Resource Directors Kristina Shute and Christine Doyle about the inappropriate remarks Ms. Sohn had made and again about the unfair treatement. On July 21, 2009, I was terminated.

The company stated that I was terminated for not meeting the expectations in the Performance Improvement Plan.

I believe that I have been discriminated against based on my sex (male), my religion (Wiccan), and retaliated against for making protected complaints of discrimination, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS (month, day, year) |
| Jul 27, 2009 [signature] | |

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Atlanta District Office    100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
(404) 562-6800
TTY (404) 562-6801
FAX (404) 562-6909/6910

## *INFORMATION SHEET FOR CHARGING PARTIES*

Your charge has been accepted by the Equal Employment Opportunity Commission (EEOC) and assigned charge number 410200908064 *Please use this number when you contact is office.* The following represents a general overview of how we will process your charge of employment discrimination.

### OUR RESPONSIBILITIES:

- A copy of the charge will be served on the Respondent within the next ten days. We will request that it provide a position statement which is simply a letter or report in which the Respondent states its understanding of the events referred to in the charge.

- Initially the charge will be reviewed to assess the allegations in an effort to determine the appropriate procedure to use in handling the charge. Rest assured, the initial review will be based on the information you provided during the intake process and the initial review will take less than ten days.

- Your charge will first be referred to our Alternate Dispute Resolution Unit for possible mediation. It is our expectation that within the next sixty days, you will either receive a telephone call from a mediator inviting you to participate in mediation or receive a letter/telephone call from an investigator informing you that the charge has been assigned for investigation. Please do not call during this period simply seeking to find out "what is happening" to the charge.

- If you or the Respondent do not agree to try mediation or if the mediation attempt is unsuccessful, the charge will be assigned to an enforcement unit for investigation.

- Once assigned, the investigator will ask you questions, may ask witnesses questions, and may review records. Based on the evidence gathered, the investigator will prepare a recommendation on whether discrimination has occurred. You and the Respondent will be given a determination letter which will say whether there is reason or not to believe that discrimination has occurred. You will then receive a notice of right to sue which will allow you to file suit in the appropriate federal court.

RTS- 2 weeks

After 12 weeks →

Natasha Barton
natasha.barton@eeoc.gov
(404) 562 6829

- We are constantly working to investigate charges as quickly as possible, while at the same time attempting to spend as much time as possible on each investigation. The amount of time required for the investigator to obtain, review, and analyze evidence will depend on the complexity of the charge, the number of other charges assigned to the investigator and the completeness of the information received from you and the Respondent. Our current average processing time is six months after the charge is assigned to an investigator.

- The EEOC expects its employees to be responsive to all inquiries from the public we serve. We also strive to focus our resources on investigating and processing the many charges filed with us. Due to our heavy workload, our staff may not always be immediately available to receive and respond to calls or other communications.

## YOUR RESPONSIBILITIES

- It is important that you provide all information and/or evidence, including the names of witnesses (if possible job title, address and telephone number), as early as possible to preclude unnecessary delays. At this time we may have concluded that we need additional information to investigate the charge. If that is the case, please find enclosed a questionnaire for you to complete. The investigator will determine the relevancy of the witnesses and decide which witnesses to interview. Witnesses may be interviewed any time during the investigative process.

- Please inform EEOC of any prolonged absence, change in telephone number or change of address. Please claim any certified mail which EEOC may send you. If EEOC cannot locate you, or if EEOC asks you to do something necessary to its investigation and you decline, EEOC may discontinue the investigation and issue a Dismissal and Notice of Rights which will allow you to file a lawsuit within 90-days of your receipt of the dismissal notice.

- Repeated and unnecessary telephone calls, letters and unscheduled visits may interrupt the investigative process. We realize you have valid concerns about the investigation of the charge, but please be patient.

- <u>If you are represented by an attorney, your attorney must send a letter of representation.</u> If you are represented by an attorney, our communications will be with that attorney. If you are not represented by an attorney, our communications will be with you.

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
**Atlanta District Office**   100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
(404) 562-6930
TTY (404) 562-6801
FAX (404) 562-6909/6910

James Bara
330 Aqueduct Court
Alpharetta, GA 30022

      RE: Bara v. Google Inc.
      EEOC Charge Number: 410-2009-05064

Dear Mr. Bara,

This letter will serve as our explanation concerning our determination of the merits concerning the above-referenced charges of discrimination. The determination relies on the following information:

1. On July 27, 2009, you filed a charge with the EEOC alleging that you were discriminated against based on your sex (male), religion (Wiccan) and in retaliation for making an internal complaint, in violation of Title VII of the Civil Rights Act of 1967, as amended (Title VII).

2. Examination of the information obtained by you during the intake processing of your charge revealed no evidence that you were discriminated against based on your sex or reliogion or in retaliation for making protected complaints of discrimination, in violation of Title VII.

Accordingly, the EEOC finds no violation of the Title VII. You have received your Dismissal and Notice of Rights and Information Sheet. If you want to pursue your charges further, you have the right to sue the company named in your charge in U.S. District Court within 90 days from the date you receive the enclosed notice. Please read the documents carefully.

JUL 3 1 2009
Date

Natasha Barton, Senior Investigator



| To: | James Bara<br>330 Aqueduct Court<br>Alpharetta, GA 30022 | From: | Atlanta District Office<br>100 Alabama Street, S.W.<br>Suite 4R30<br>Atlanta, GA 30303 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 410-2009-05064 | Natasha L. Sears,<br>Investigator | (404) 562-6829 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

- NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act: This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

Equal Pay Act (EPA): EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Bernice Williams-Kimbrough,
District Director

JUL 3 1 2009
(Date Mailed)

Enclosures(s)

cc: Christina Shute
Human Resources Director
GOOGLE
1600 Ampitheater Parkway
Mountain View, CA 94043

Enclosure with EEOC
Form 161 (2/08)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge <u>within 90 days</u> of the date you *receive* this Notice. Therefore, you should keep a record of this date. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/00 to 12/1/00, you should file suit <u>before 7/1/02</u> — not 12/1/02 — in order to recover unpaid wages due for July 2000. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII and the ADA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*