FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 29 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

JAMES BARA )
        )
        Plaintiff, )
        )
        ) Civil Action
v.        ) File No. 1:09 CV - 3002
        )
GOOGLE, INC., )
        )
        Defendant. )

## RULE 26.3 CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have this day served all parties with a copy of the within and foregoing ***PLAINTIFF'S FIRST CONTINUING INTERROGATORIES TO DEFENDANT AND PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO THE DEFENDANT*** VIA COURIER, in an envelope addressed to Defendant's registered agent as follows:

                Google, Inc.
                c/o Corporation Service Company, Registered Agent
                40 Technology Parkway South, #300
                Norcross, Georgia 30092

Respectfully submitted this 29th day of OCTOBER, 2009.

**LANDRUM & FRIDUSS, LLC**

8681 Highway 92
Suite 400
Woodstock, Georgia 30189
(678) 384-3012; Fax: (678) 384-3017
E-mail: pfriduss@landrumfriduss.com
      cvanberkum@landrumfriduss.com

PHILLIP E. FRIDUSS
Georgia Bar No. 277220
CHRISTINE K. VAN BERKUM
Georgia Bar No. 162820
Attorneys for Plaintiff