Local Form 440 (07/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section must be filed with the court unless exempted by Fed. R. Civ. P. 4 (l).)*

This summons for *(name of individual and title, if any)*   Google, Inc., c/o Corporation Service Company, R/A
was received by me on *(date)*    10/29/2009

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Sarah Chen of Corporation Service Company who is
designated by law to accept service of process on behalf of *(name of organization)*
Google, Inc.    on *(date)*    10/29/2009 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 10-30-2009

*Server's signature*

Eric West - Process Server
*Printed name and title*

MLQ ATTORNEY SERVICES
2000 RIVEREDGE PARKWAY NW
SUITE 885
ATLANTA, GA 30328
1-800-446-8784

*Server's address*

Additional information regarding attempted service, etc:

Also served: Summons, Complaint For Damages, Civil Cover Sheet, Rule 26.3 Certificate of Service; Plaintiff's First Continuing Interrogatories To Defendant, and Plaintiff's First Request For The Production of Documents To Defendant


41346