IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES BARA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO.: <br> ) 1:09-cv-03002-CAM-AJB |
| GOOGLE, INC., | ) ) |
| Defendant. | ) ) |

**JOINT MOTION TO EXTEND THE DEADLINE
FOR DEFENDANT TO ANSWER OR OTHERWISE
RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff James Bara ("Plaintiff") and Defendant Google, Inc. ("Defendant")[1] submit this Joint Motion to Extend the Deadline for Defendant to Answer or Otherwise Respond to Plaintiff's Complaint, which was filed on or about October 29, 2009. The deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint currently is November 18, 2009. Plaintiff and Defendant respectfully request that Defendant's deadline be extended through and including December 2, 2009.

---

[1] Defendant appears specially without waiving any jurisdictional or venue defenses and without consenting to jurisdiction or venue in this Court. Defendant further appears without waiving its contractual right to arbitration and to seek to compel same if necessary.

A proposed Order is attached as Exhibit "A."

Respectfully submitted, this 13th day of November, 2009.

| /s/ **Christine K. Van Berkum** | /s/ **Daniel E. Turner** |
|---|---|
| Phillip E. Friduss, Esq. | Daniel E. Turner, Esq. |
| Ga. Bar No. 277220 | Ga. Bar No. 719330 |
| Christine K. Van Berkum, Esq. | Justin M. Scott, Esq. |
| Ga. Bar No. 162820 | Ga. Bar No. 557463 |

**Counsel for Plaintiff**     **Counsel for Defendant**

**LANDRUM & FRIDUSS, LLC**
8681 Highway 92
Suite 400
Woodstock, Georgia 30189
Telephone: (678) 384-3012
Facsimile: (678) 384-3017
pfriduss@landrumfriduss.com
cvanberkum@landrumfriduss.com

**ASHE, RAFUSE & HILL, LLP**
1355 Peachtree Street, N.E.
Suite 500
Atlanta, Georgia 30309-3232
Telephone: (404) 253-6000
Facsimile: (404) 253-6060
danturner@asherafuse.com
justinscott@asherafuse.com

## CERTIFICATE OF COMPLIANCE

I hereby certify that, pursuant to Local Rule 7.1D, the foregoing **JOINT MOTION TO EXTEND THE DEADLINE FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** has been prepared in Times New Roman, 14-point font, in conformance with Local Rule 5.1C.

/s/ **Daniel E. Turner**
**Counsel for Defendant**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMES BARA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: |
| | ) 1:09-cv-03002-CAM-AJB |
| GOOGLE, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of November 2009, I electronically filed this **JOINT MOTION TO EXTEND THE DEADLINE FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following counsel of record:

Phillip E. Friduss, Esq.
Christine K. Van Berkum, Esq.
**LANDRUM & FRIDUSS, LLC**
8681 Highway 92, Suite 400
Woodstock, Georgia 30189
pfriduss@landrumfriduss.com
cvanberkum@landrumfriduss.com

                                              **/s/ Daniel E. Turner**
                                              **Counsel for Defendant**