Bara v. Google, Inc.　　Doc. 4 Att. 1

Exhibit "A"

Dockets.Justia.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMES BARA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 1:09-cv-03002-CAM-AJB |
| GOOGLE, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

This matter is before the Court on the parties' Joint Motion to Extend the Deadline for Defendant to Answer or Otherwise Respond to Plaintiff's Complaint. The motion is hereby GRANTED. Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint is hereby EXTENDED through and including December 2, 2009.

It is so ORDERED, this _____ day of _____, 2009.

**The Honorable Alan J. Baverman**
**Judge, Northern District of Georgia**