**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| JAMES BARA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GOOGLE, INC., ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION NO.: <br> 1:09-cv-03002-CAM-AJB |

## **NOTICE OF APPEARANCE**

Daniel E. Turner, of the law firm Ashe, Rafuse & Hill, LLP, hereby notices his appearance as counsel of record for Defendant Google, Inc.[1] in the above-captioned case.

---

[1] Defendant appears specially without waiving any jurisdictional or venue defenses and without consenting to jurisdiction or venue in this Court. Defendant further appears without waiving its contractual right to arbitration and to seek to compel same if necessary.

Respectfully submitted, this 16th day of November, 2009.

| | |
|---|---|
| **ASHE, RAFUSE & HILL, LLP** | */s/* **Daniel E. Turner** |
| 1355 Peachtree Street, N.E. | Daniel E. Turner, Esq. |
| Suite 500 | Ga. Bar No. 719330 |
| Atlanta, Georgia 30309-3232 | danturner@asherafuse.com |
| Telephone: (404) 253-6000 | Justin M. Scott, Esq. |
| Facsimile: (404) 253--6060 | Ga. Bar No. 557463 |
| | justinscott@asherafuse.com |
| | |
| | **Counsel for Defendant Google, Inc.** |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| JAMES BARA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | 1:09-cv-03002-CAM-AJB |
| GOOGLE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 16th day of November, 2009 electronically filed this **NOTICE OF APPEARANCE (DANIEL E. TURNER)** with the Clerk of Court using the CM/ECF system, which will send electronic notification to the following counsel of record:

Phillip E. Friduss, Esq.
Christine K. Van Berkum, Esq.
**LANDRUM & FRIDUSS, LLC**
8681 Highway 92, Suite 400
Woodstock, Georgia 30189
pfriduss@landrumfriduss.com
cvanberkum@landrumfriduss.com

*/s/* Daniel E. Turner
**Counsel for Defendant**