Bara v. Google, Inc.

Dockets.Justia.com

**Exhibit "A"**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES BARA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: |
| | ) 1:09-cv-03002-CAM-AJB |
| GOOGLE, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

This matter is before the Court on the parties' Second Joint Motion to Extend the Deadline for Defendant to Answer or Otherwise Respond to Plaintiff's Complaint. The motion is hereby GRANTED. Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint is hereby EXTENDED through and including December 16, 2009.

It is so ORDERED, this _____ day of _____, 2009.

_____
**The Honorable Alan J. Baverman**
**Judge, Northern District of Georgia**