# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMES BARA | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action |
| v. | ) File No.: 1:09-CV-3002-CAM-AJB |
| | ) |
| GOOGLE, INC., | ) |
| | ) **JURY TRIAL DEMANDED** |
| Defendant. | ) |

## PETITION FOR LEAVE OF ABSENCE

COMES NOW, **PHILLIP E. FRIDUSS, ESQ.**, lead counsel for the Defendant, and respectfully notifies the Court and all opposing counsel that he is requesting leave pursuant to Local Court Rule 83.1(E)(3). **PHILLIP E. FRIDUSS, ESQ.** is lead counsel on this matter, and no other attorney in this Firm can adequately represent the interests of the client in any pending matter.

1. The periods of leave during which **PHILLIP E. FRIDUSS, ESQ.** will be away from the practice of law are:

   -- January 25, 2010 – February 2, 2010 (DRI Annual Meeting);

   -- March 15, 2010 – March 23, 2010 (DRI Seminar);

   -- March 30, 2010 – April 6, 2010 (Out-of-State Wedding);

   -- April 22, 2010 – May 4, 2010 (Community Service/Vacation).

2. Lead counsel for the Defendant requests that the Court grant these dates for a leave of absence.

3. A proposed Order is attached for the Court's consideration to grant the leave of absence.

Respectfully submitted this 22nd day of DECEMBER, 2009.

LANDRUM & FRIDUSS, LLC

_____
PHILLIP E. FRIDUSS
Georgia Bar No. 277220
Attorneys for Plaintiff

8681 Highway 92
Suite 400
Woodstock, Georgia 30189
(678) 384-3012; Fax: (678) 384-3017
E-mail: pfriduss@landrumfriduss.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JAMES BARA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action |
| v. | ) | File No.: 1:09-CV-3002-CAM-AJB |
| | ) | |
| GOOGLE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE REGARDING FONT SIZE

I hereby certify that the ***PETITION FOR LEAVE OF ABSENCE FOR PHILLIP E. FRIDUSS, ESQ.*** uses Times New Roman, 14 point, as approved by the Northern District of Georgia in Local Rule 5.1(C).

Respectfully submitted this 22ND day of DECEMBER, 2009.

LANDRUM & FRIDUSS, LLC

/s/ Phillip E. Friduss

PHILLIP E. FRIDUSS
Georgia Bar No. 277220
Attorneys for Plaintiff

8681 Highway 92
Suite 400
Woodstock, Georgia 30189
(678) 384-3012; Fax: (678) 384-3017
E-mail: pfriduss@landrumfriduss.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have this day served all parties with a copy of the within and foregoing **PETITION FOR LEAVE OF ABSENCE FOR PHILLIP E. FRIDUSS, ESQ.** by depositing a copy of same in the United States Mail with adequate postage affixed thereon to ensure delivery, in an envelope addressed as follows:

>Daniel E. Turner, Esq.
>Justin M. Scott, Esq.
>Ashe, Rafuse & Hill, LLP
>1355 Peachtree Street, N.E., Suite 500
>Atlanta, Georgia 30309-3232

Respectfully submitted this 22ND day of DECEMBER, 2009.

LANDRUM & FRIDUSS, LLC

PHILLIP E. FRIDUSS
Georgia Bar No. 277220
Attorneys for Plaintiff

8681 Highway 92
Suite 400
Woodstock, Georgia 30189
(678) 384-3012; Fax: (678) 384-3017
E-mail: pfriduss@landrumfriduss.com