# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMES BARA )<br>)<br>Plaintiff, )<br>)<br>) Civil Action<br>v. ) File No.: 1:09-CV-3002-CAM-AJB<br>)<br>GOOGLE, INC., )<br>) **JURY TRIAL DEMANDED**<br>Defendant. ) | |

## ORDER GRANTING LEAVE OF ABSENCE

The Court having read and considered lead counsel for Defendant Phillip E. Friduss' Petition for Leave of Absence, hereby GRANTS said Petition for the dates of January 25, 2010 – February 2, 2010; March 15, 2010 – March 23, 2010; March 30, 2010 – April 6, 2010; and April 22, 2010 – May 4, 2010.

The Clerk shall not schedule any matters before the Court on those dates with respect to this case.

SO ORDERED this _____ day of _____, 2009.

_____
Judge
United States District Court
Northern District of Georgia
Gainesville Division