# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMES BARA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action |
| v. | ) File No.: 1:09-CV-3002-CAM-AJB |
| | ) |
| GOOGLE, INC., | ) |
| | ) **JURY TRIAL DEMANDED** |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT WITHOUT PREJUDICE

COMES NOW James Bara, Plaintiff in the above-styled action, and hereby files this his written Notice of Voluntary Dismissal of Complaint Without Prejudice, pursuant to the provisions of FED. R. CIV. P. 41(a)(1)(A). Plaintiff authorizes the Clerk of the Court to mark the docket and records "dismissed without prejudice."

**[signature on following page.]**

Respectfully submitted this 4 day of JANUARY, 2010.

**LANDRUM & FRIDUSS, LLC**

/s/ Phillip E. Friduss

PHILLIP E. FRIDUSS
Georgia Bar No. 277220
CHRISTINE K. VAN BERKUM
Georgia Bar No. 162820
Attorneys for Plaintiff

8681 Highway 92
Suite 400
Woodstock, Georgia 30189
(678) 384-3012; Fax: (678) 384-3017
E-mail: pfriduss@landrumfriduss.com
cvanberkum@landrumfriduss.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMES BARA | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action |
| v. | ) File No.: 1:09-CV-3002-CAM-AJB |
| | ) |
| GOOGLE, INC., | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE REGARDING FONT SIZE

I hereby certify that the *Notice of Voluntary Dismissal of Complaint Without Prejudice* uses Times New Roman, 14 point, as approved by the Northern District of Georgia in Local Rule 5.1(C).

Respectfully submitted this ____ day of JANUARY, 2010.

**LANDRUM & FRIDUSS, LLC**

_____
PHILLIP E. FRIDUSS
Georgia Bar No. 277220
CHRISTINE K. VAN BERKUM
Georgia Bar No. 162820
Attorneys for Plaintiff

8681 Highway 92
Suite 400
Woodstock, Georgia 30189
(678) 384-3012; Fax: (678) 384-3017
E-mail: pfriduss@landrumfriduss.com
       cvanberkum@landrumfriduss.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have this day served all parties with a copy of the within and foregoing *Notice of Voluntary Dismissal of Complaint Without Prejudice* by depositing a copy of same in the United States Mail with adequate postage affixed thereon to ensure delivery, in an envelope addressed as follows:

>Daniel E. Turner, Esq.
>Justin M. Scott, Esq.
>Ashe, Rafuse & Hill, LLP
>1355 Peachtree Street, N.E., Suite 500
>Atlanta, Georgia 30309-3232

Respectfully submitted this 4 day of JANUARY, 2010.

LANDRUM & FRIDUSS, LLC

PHILLIP E. FRIDUSS
Georgia Bar No. 277220
CHRISTINE K. VAN BERKUM
Georgia Bar No. 162820
Attorneys for Plaintiff

8681 Highway 92
Suite 400
Woodstock, Georgia 30189
(678) 384-3012; Fax: (678) 384-3017
E-mail: pfriduss@landrumfriduss.com
cvanberkum@landrumfriduss.com